CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 7 2018

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TAMARA K. RICHARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 7:16cv00246 |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | By: Michael F. Urbanski |
| Commissioner of Social Security, | ) | Chief United States District Judge |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this

date, plaintiff's motion for summary judgment (ECF No. 19) is **DENIED**, the

Commissioner's motion for summary judgment (ECF No. 21) is **GRANTED**, the

magistrate judge's report and recommendation (ECF No. 26) is **ADOPTED in its entirety**;

plaintiff's objections (ECF No. 27) are **OVERRULED**; the Commissioner's decision is

**AFFIRMED**; and this matter is hereby **DISMISSED** and **STRICKEN** from the active

docket of the court.

It is **SO ORDERED**.

Entered: 03—27—2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge